JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
38 CORPORATE PARK, SUITE D
IRVINE, CA 92714
714-474-2055
Attorneys for the Plaintiff



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           COURT NO: 92 A 21176
          Plaintiff,

     v.                              DEFAULT JUDGMENT

HARRY DEPASS

          Defendant(s).
_____/

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from HARRY DEPASS the sum of $2,632.53 as principal, $1,923.29 as accrued prejudgment interest, $140.00 administrative charges, and $72.50 costs, plus $463.00 attorney fees for a total amount of $5,231.32, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: OCT - 7 1992

                          LEONARD A. BROSNAN, CLERK
                          U.S. District Court
                          Central District of California

                          By: _____
                               Deputy Clerk